## HOME PRODUCTS INTERNATIONAL, INC., Plaintiff,

v.

## UNITED STATES, Defendant.

Slip Op. 12–84.
Court No. 11–00104.

United States Court of
International Trade.

June 14, 2012.

### JUDGMENT

LEO M. GORDON, Judge.

This consolidated action is presently on remand to the U.S. Department of Commerce ("Commerce") pursuant to *Home Products Int'l, Inc. v. United States,* 36 CIT ——, 837 F.Supp.2d 1294 (2012), to address an issue raised by Plaintiff, Home Products International Inc. ("HPI"). HPI has since moved to voluntarily dismiss its portion of this consolidated action pursuant to USCIT Rule 41(a)(2). Accordingly, it is hereby

**ORDERED** that HPI's portion of this consolidated action is dismissed, rendering the remand proceedings moot; it is further

**ORDERED** that HPI's motion for Since Hardware (Guangzhou) Co., Ltd. to post security, *see* ECF No. 67, is denied; it is further

**ORDERED** that HPI's motion to dissolve the injunction against liquidation of the subject entries, *see* ECF No. 95, is denied; it is further

**ORDERED** that final results of the administrative review of the antidumping duty order covering Floor–Standing, Metal–Top Ironing Tables from China. *See Floor–Standing, Metal–Top Ironing Tables and Certain Parts Thereof from the People's Republic of China,* 76 Fed.Reg. 15,295 (Dep't of Commerce Mar. 21, 2011) (final results admin. review), are sustained, except for the matters covered by the Final Results of Redetermination (Dep't of Commerce Mar. 14, 2012) ("*Remand Results*"), ECF No. 83; it is further

**ORDERED** that the *Remand Results* are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, *see Since Hardware (Guangzhou) Co., Ltd. v. United States,* Court No. 11–00105[1] (USCIT Apr. 29, 2011) (order granting consent motion for preliminary injunction), ECF No. 14, must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2006).

1. Consolidated under Court No. 11–00104.